IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| RICKY LAMONT CONGLETON ) | |
| ) | |

Pursuant to the Order of Forfeiture entered by the Court on October 27, 2014, judgment is hereby entered against defendant, RICKY LAMONT CONGLETON, in the amount of $3,253,142. Post-judgment interest shall accrue at the rate of .10%.

SO ORDERED. This 27 day of October 2014.

JAMES C. DEVER III
Chief United States District Judge