IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICKY LAMONT CONGLETON, | ) | |
| | ) | |
| Defendant. | ) | |

On March 29, 2017, Ricky Lamont Congleton filed a motion for recommendation for twelve months residential reentry center placement [D.E. 120]. The Bureau of Prisons ("BOP") gets to decide whether Congleton will serve any of his imprisonment in a residential reentry center. See 18 U.S.C. §§ 3621(b), 3624(c). If Congleton is not satisfied with the BOP's decision, Congleton may seek judicial review. To date, the BOP has not made its decision [D.E. 120], and this court declines to make a recommendation.

In sum, Congleton's motion for recommendation for twelve months residential reentry center placement [D.E. 120] is DENIED.

SO ORDERED. This _2_ day of June 2017.

JAMES C. DEVER III
Chief United States District Judge